**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6928

STANLEY M. BALLENGER, a/k/a Stanley Mark
Ballenger,

Plaintiff - Appellant,

versus

BRADLEY A. NORTON, Oconee County Attorney;
SALLIE C. SMITH, Clerk of Court in Oconee
County; DANIEL E. GRIGG, Attorney at Law,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville. R. Bryan Harwell, District Judge.
(6:06-cv-03349-RBH)

Submitted: August 23, 2007          Decided: August 30, 2007

Before WILLIAMS, Chief Judge, and WILKINS and HAMILTON, Senior
Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stanley M. Ballenger, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stanley M. Ballenger appeals the district court's order accepting the recommendation of the magistrate judge and dismissing under 28 U.S.C. § 1915A (2000) his complaint filed pursuant to 42 U.S.C. § 1983 (2000) without prejudice, denying Ballenger's motions for discovery and for appointment of counsel as moot, and deeming this case a "strike" under 28 U.S.C. § 1915(g). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Ballenger v. Norton</u>, No. 6:06-3349-RBH (D.S.C. May 16, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>